IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                                   )
UNITED STATES OF AMERICA            )
                                   )
                                   )
v.                                  )    Criminal Action 05-107
                                   )
                                   )
MOHAMED ABDEL WAHAB YAKOUB,         )
                                   )
Defendant.                          )
                                   )
_____)
```

**ORDER**

This matter comes before the Court on Defendant's Motion for Return of Property.  It appearing to the Court that the matter has been resolved, it is hereby

ORDERED that Defendant's Motion is DISMISSED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 19, 2005